**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

Case Number: 5:10CR25-1-V

FILED
IN COURT
STATESVILLE, N. C.
MAY 3 2011
U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| WILLIAM JAMES MORRISON, III | ) | |
| | ) | |
| _____Defendant_____ | ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 3rd day of May, 2011.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE