IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:10-CR-00025-KDB-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiffs, | |
| v. | **ORDER** |
| **WILLIAM JAMES MORRISON III,** | |
| Defendants. | |

**THIS MATTER** is before the Court on Defendant's *pro se* Motion for compassionate release and reduction in sentence under 18 U.S.C. § 3582(c)(1) and the First Step Act of 2018 as well as the unopposed supplemental motion filed by the Federal Public Defender. (Doc. Nos. 121, 125). For the reasons stated in the unopposed supplemental motion, the Court will **GRANT** the Motions.[1]

**NOW THEREFORE IT IS ORDERED THAT** the Defendant's sentence is hereby reduced to **TIME SERVED.** All other terms and conditions as set forth in the original Judgment, Doc. No. 76, remain unchanged.

**SO ORDERED**

Signed: November 30, 2022

Kenneth D. Bell
United States District Judge

---

[1] The Court also grants the motions to appoint counsel and to seal. *See* Doc. Nos. 124, 126. The *pro se* Motion for leave to file supplement to renewed Motion for compassionate release will be denied as moot. *See* Doc. No. 123.

1